UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00143 |
| | ) | JUDGE CAMPBELL |
| CHRISTIAN KIS | ) | |

### ORDER

Pending before the Court is a Motion for Permission to Review Presentence Report Telephonically (Docket No. 54). Through the Motion, counsel for Defendant states that he is released on conditions and lives in California and traveling to Nashville would create a financial hardship. Counsel for Defendant proposes to email a digital copy of the presentence report to Defendant Kis and then to review it over the telephone.

The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE